ARTHUR R. LEHMAN, L.L.C.
Arthur R. Lehman, Esq. (AL-8819)
Attorneys for Plaintiff
52 Vanderbilt Avenue
New York, New York 10017
Telephone: (212) 697-2715

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
MASSIVEMEDIA, INC.                        :
                    Plaintiff,      :
    - against -                               :   **Statement Pursuant to Rule 7.1**
                              :
NATIONAL MEDIA SERVICES, INC.;
ERIC DRUCKER; and JAMES P. FREELEY,   :
                 Defendants.     :
---------------------------------------------------------------x

Case No.

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable the District Court Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, I, Arthur R. Lehman, a member of Arthur R. Lehman, L.L.C., attorneys for plaintiff MASSIVEMEDIA, INC., a private, non-governmental party, certify that the following are corporate parents and any publicly held corporation that owns 10% or more of the stock of MASSIVEMEDIA, INC.:

             None

Dated:    October 4, 2006

                                                        ARTHUR R. LEHMAN, L.L.C.

                                                   By:_____/s/   Arthur R. Lehman_____
                                                       Arthur R. Lehman(ARL-8819)
                                                       Attorneys for Plaintiff
                                                       52 Vanderbilt Avenue
                                                       New York, New York  10017
                                                       (212) 697-2715