UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------

MASSIVEMEDIA, INC.
Plaintiff,

-against-

NATIONAL MEDIA SERVICES, INC.
ERIC DRUCKER; and JAMES P. FREELEY,

DEFENDANT(S)
----------------------------------------------------------

STATE OF NEW YORK )
                  : SS.:
COUNTY OF ALBANY  )

  Laura Sawyer, being duly sworn, deposes and says:

  1. That she is a resident of the State of New York and over the age of eighteen years.

  2. That she served the following specified papers in the above entitled action.

  SUMMONS AND COMPLAINT AND JUDGES RULES

  3. That the corporation which was served was

  NATIONAL MEDIA SERVICES, INC.

  4. That on the 19TH day of October, 2006 at the office of the Department of State, State of New York, in the City of Albany, duplicate copies of the aforesaid were served by personally delivering to and leaving such papers with Carol Vogt, known to be a Demo in the Corporations Division of the Department of State, and empowered to receive such service. Service was made at 11:45 a.m.

  5. That at the time of making such service, she paid to the Secretary of State the fee prescribed by law in the amount of $40.00.

            *Laura Sawyer* (signature)

Sworn to before me this
24th day of October, 2006

*Cathy A. Sazynski* (signature)
Notary Public for the State of New York

CATHY A. SAZYNSKI
NOTARY PUBLIC - STATE OF NEW YORK
No. 01SA6151555
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES 08/21/2010

```
                    State of New York - Department of State
                              Receipt for Service

Receipt #:  200610200113
Date of Service:  10/19/2006                          Cash #: 200610200110
Service Company:  07 CT CORPORATION SYSTEM            Fee Paid: $40 - CHECK

Service was directed to be made pursuant to:  SECTION 306 OF THE BUSINESS
     CORPORATION LAW

Party Served:  NATIONAL MEDIA SERVICES, INC.


Plaintiff/Petitioner:
          MASSIVEMEDIA INC



Service of Process Address:
NATIONAL MEDIA SERVICES, INC.
1206 MIDDLE COUNTRY ROAD
SELDEN, NY 11784


                                                      Secretary of State
                                                      By  CAROL VOGT
```