| | | |
|---|---|---|
| MASSIVEMEDIA, INC. | Plaintiff(s) | Index #: 06 CIV 8152 (SAND) |
| - against - | | Date Filed: |
| NATIONAL MEDIA SERVICES, INC. ET AL | Defendant(s) | **AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

LINDEN BLACKMAN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on October 12, 2006 at 10:13 AM at

6937 OLCOTT STREET
FOREST HILLS, NY 11375

deponent served the within true copy/copies of the SUMMONS & COMPLAINT & JUDGE'S RULES on JAMES P FREELEY, the defendant/respondent therein named,

**AFFIXING TO DOOR**  by affixing a true copy/copies of each to the door of said premises, which is the defendant's/respondent's dwelling house/usual place of abode within the state. Deponent was unable, with due diligence to find the defendant/respondent or a person of suitable age and discretion, thereat, having called there on:

October 10, 2006  AT  7:10 PM      October 11, 2006  AT  7:01 AM
October 12, 2006  AT  10:13 AM

**MAILING**  Deponent enclosed a true copy/copies of same in a postpaid wrapper properly addressed to the defendant/respondent at the defendant's/respondent's last known residence at

6937 OLCOTT STREET
FOREST HILLS, NY 11375

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on October 13, 2006 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the communication is from an attorney or concerns an action against the party to be served.

Spoke with MR. HORACE MARLO, NEIGHBOR,  who stated that the defendant/respondent lives at the aforementioned address but was unable to divulge the defendant's/respondent's place of employment.

**MILITARY SERVICE**  Person spoken to was asked whether the defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to me on: October 13, 2006

| | | | |
|---|---|---|---|
| Linda Forman | Robin M. Forman | Stuart J. Forman | **LINDEN BLACKMAN** |
| Notary Public, State of New York | Notary Public, State of New York | Notary Public State of New York | License #: 871311 |
| No. 01FO5031305 | No. 01FO6125415 | No 31-4828240 | Docket #: 439999 |
| Qualified in New York County | Qualified in New York County | Qualified in New York County | |
| Commission Expires August 1, 2010 | Commission Expires April 18, 2009 | Commission Expires June 30, 2007 | |