OCT-31-2006 12:14P FROM:ARTHUR R LEHMAN L L  2126972773      TO:12129725487   P.2/3

SAND, S.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-1-06
```

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MASSIVEMEDIA, INC., | ) |
| Plaintiff, | ) 06 CV 8152 (LBS) (AJP) |
| vs. | ) STIPULATION AND |
| | ) CONSENT ORDER |
| NATIONAL MEDIA SERVICES, INC., | ) |
| ERIC DRUCKER and JAMES P. FREELEY, | ) |
| Defendants. | ) |

**STIPULATION AND CONSENT ORDER
TO EXTEND DEFENDANTS NATIONAL MEDIA SERVICES, INC.
AND ERIC DRUCKER'S TIME TO ANSWER**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the date by which defendant, NATIONAL MEDIA SERVICES, INC. ("NMS") shall answer, plead, or otherwise respond to the Complaint is extended through and including November 21, 2006.

IT IS FURTHER STIPULATED AND AGREED, subject to the approval and order of the Court, that the date by which defendant, ERIC DRUCKER ("DRUCKER") shall answer, plead, or otherwise respond to the Complaint is extended through and including November 21, 2006.

IT IS FURTHER STIPULATED AND AGREED, that this Stipulation shall not amount to a general appearance or waive any objections NMS may have to service, personal jurisdiction or venue.

1

OCT-31-2006 12:14P FROM:ARTHUR R LEHMAN L L  2126972773       TO:12129725487       P.3/3

IT IS FURTHER STIPULATED AND AGREED, that this Stipulation shall not amount to a general appearance or waive any objections DRUCKER may have to service, personal jurisdiction or venue.

IT IS FURTHER STIPULATED AND AGREED, that this Stipulation may be signed by facsimile and in multiple counterparts, each of which when so executed and delivered shall be deemed an original, but all of which when taken together shall constitute but one and the same instrument.

Respectfully submitted,

Dated: October 31, 2006

By: _____
Martin B. Pavane (MP 4871)
David P. Badanes (DB 7668)
COHEN, PONTANI, LIEBERMAN & PAVANE LLP
551 Fifth Avenue
New York, New York 10176
(212) 687-2770
*Attorneys for Defendants National Media Services, Inc. and Eric Drucker*

Dated: October 31, 2006

By: _____
Arthur R. Lehman (AL 8819)
Arthur R. Lehman, L.L.C.
52 Vanderbilt Avenue
New York, New York 10017
(212) 697-2715
*Attorneys for Plaintiff Massivemedia Inc.*

SO ORDERED: _____
Honorable Leonard B. Sand
United States District Judge

Dated: 11/1, 2006