UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MASSIVEMEDIA, INC., | ) |
| Plaintiff, | ) 06 CV 8152 (LBS) (AJP) |
| vs. | ) **DISCLOSURE STATEMENT PURSUANT** |
| | ) **TO FEDERAL RULE OF CIVIL** |
| NATIONAL MEDIA SERVICES, INC., | ) **PROCEDURE 7.1(a)** |
| ERIC DRUCKER and JAMES P. FREELEY, | ) |
| Defendants. | ) |

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant, National Media Services, Inc., by its attorneys, Cohen Pontani Lieberman & Pavane LLP, states that it has no parent corporation and there is no publicly held corporation that owns 10% or more of its stock.

Dated: November 21, 2006

By: _____
Martin B. Pavane (MP 4871)
David P. Badanes (DB 7668)
COHEN, PONTANI, LIEBERMAN & PAVANE LLP
551 Fifth Avenue
New York, New York 10176
(212) 687-2770
*Attorneys for Defendants National Media Services, Inc. and Eric Drucker*