UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MASSIVEMEDIA, INC., ) | |
| ) | |
| Plaintiff, ) | 06 CV 8152 (LBS) (AJP) |
| ) | |
| vs. ) | **NOTICE OF APPEARANCE** |
| ) | |
| NATIONAL MEDIA SERVICES, INC., ) | |
| ERIC DRUCKER and JAMES P. FREELEY, ) | |
| ) | |
| Defendants. ) | |

PLEASE TAKE NOTICE that the undersigned hereby enters appearance as counsel from the firm of defendant's counsel, Cohen Pontani Lieberman & Pavane LLP, who will be attorneys representing defendants National Media Services, Inc. and Eric Drucker in the above action.

The undersigned was admitted to practice in this District on April 27, 1976.

Dated: November 21, 2006

_____
Martin B. Pavane (MP 4871)
COHEN PONTANI LIEBERMAN & PAVANE LLP
551 Fifth Avenue, Suite 1210
New York, New York 10176

14792-1