ARTHUR R. LEHMAN, L.L.C.
Arthur R. Lehman (AL-8819)
52 Vanderbilt Avenue
New York, New York 10017
Telephone:(212) 697-2715
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x   Case No. 06-CV-8152 (LBS)

MASSIVEMEDIA, INC.                                          :

         Plaintiff,   :   CERTIFICATE OF SERVICE

  - against -                                       :

                :

NATIONAL MEDIA SERVICES, INC.;
ERIC DRUCKER; and JAMES P. FREELEY,    :

         Defendants.   :
-------------------------------------------------------------x

  I hereby certify that I caused to be served the within REPLY TO

COUNTERCLAIMS by U.S. mail on December 7, 2006 on the following attorneys:

David P. Badanes, Esq.
Cohen, Pontani, Lieberman & Pavane LLP
551 Fifth Avenue
New York, New York 10176

Stephen D. Hans, Esq.
Stephen D. Hans & Associates, P.C.
45-18 Court Square, Suite 403
Long Island City, New York 11101

                  ___/s/ Arthur R. Lehman_____
                  Arthur R. Lehman (ARL-8819)