SANDS.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
MASSIVEMEDIA, INC.

               Plaintiff,

- against -

NATIONAL MEDIA SERVICES, INC.;
ERIC DRUCKER; and JAMES P. FREELEY,

              Defendants.
----------------------------------------x

Case No. 06-CV-8152 (LBS)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/7/07

### PROPOSED ORDER

This action is placed on the Court's suspense docket, provided, however, that the counsel for plaintiff may apply by letter for restoration of the action to the active calendar of the undersigned if the terms and conditions of the parties' separate settlement agreement are not met, in which event the action will be restored.

Dated: Aug 7, 2007

_____
Honorable Judge Leonard B. Sand
U.S. District Judge