USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-27-08

(Sand, J)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MASSIVEMEDIA, INC.,

                Plaintiff,

-against-

NATIONAL MEDIA SERVICES, INC.,
ERIC DRUCKER and JAMES P. FREELEY,

                Defendants.
------------------------------------------------------------X

06 CV 8152 (LBS)

**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, with the approval of the Court, that this action is hereby dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, as between Plaintiff and Defendant James P. Freeley ("Freeley") only. This dismissal with prejudice includes all of Plaintiff's claims against Freeley, as well as Freeley's counterclaims asserted against Plaintiff.

IN WITNESS WHEREOF, this Stipulation has been executed on the dates set forth below:

ARTHUR R. LEHMAN, L.L.C.

By: _____
Arthur R. Lehman (AL-8819)
52 Vanderbilt Avenue
New York, New York 10017
Tel: 212.697.2715
*Attorneys for the Plaintiff*
Dated: March 25, 2008

STEPHEN D. HANS & ASSOCIATES, P.C.

By: _____
Stephen D. Hans (SH-0798)
45-18 Court Square, Suite 403
Long Island City, New York 11101
Tel: 718.275.6700
*Attorneys for Defendant James P. Freeley*
Dated: March 25, 2008

So Ordered:

_____
Hon. Leonard B. Sand
United States District Judge
Dated: March 27, 2008