UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MASSIVEMEDIA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 06 CV 8152 (LBS) (AJP) |
| | ) | |
| vs. | ) | |
| | ) | |
| NATIONAL MEDIA SERVICES, INC., | ) | |
| ERIC DRUCKER and JAMES P. FREELEY, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### DAVID P. BADANES' UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR ERIC DRUCKER

David P. Badanes, of the law firm of Cohen Pontani Lieberman & Pavane LLP ("CPLP"), pursuant to Rule 1.4 of the Local Civil Rules of the Southern District of New York herby moves to withdraw as counsel for Eric Drucker ("Drucker") in this action. As grounds for this motion, David P. Badanes states as follows:

1.    I request leave to withdraw as counsel for Drucker, as Drucker has informed CPLP that he no longer wishes to retain CPLP as his attorney in this action.

2.    Upon information and belief, Drucker intends to represent himself pro-se in this action.

3.    I hereby certify that I have conferred with Arthur R. Lehman, counsel for plaintiff Massivemedia, Inc., and he has no objection to this Court granting this motion.

4.    I hereby certify that I have conferred with Stephen D. Hans & Associates, P.C., counsel for James P. Freeley, and they have no objection to this Court granting this motion.

5.    CPLP is also counsel of record for National Media Services, Inc. ("NMS"). However, upon information and belief, NMS has dissolved and is no longer in business.

WHEREFORE, David P. Badanes respectfully requests this Court to enter an Order granting this motion and withdrawing David P. Badanes as counsel for Eric Drucker.

Respectfully submitted,

Dated: May 2, 2008

David P. Badanes (DB 7668)
COHEN PONTANI LIEBERMAN & PAVANE LLP
551 Fifth Avenue
New York, NY 10176
(212) 687-2770

SO ORDERED:

Honorable Judge Leonard B. Sand
U.S. District Judge

Dated: _____