UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-24-08

------------------- x

MASSIVEMEDIA, INC.

       PLAINTIFF,

vs

NATIONAL MEDIA SERVICES, INC.
ERIC DRUCKER, JAMES P. FREELEY

       DEFENDANTS,

------------------- x

ORDER

06 Civ 8152(LBS)

SAND, J.

    The above captioned case is hereby re-opened and restored to the active docket of this Court.

Dated: 6/23/08
New York, N.Y.

_____
U. S. D. J.